both courts, on the opinions of INGRAHAM, P. J., and LAUGHLIN, J., below.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK and CARDOZO, JJ. Not sitting: WERNER and MILLER, JJ.

---

BLAW COLLAPSIBLE STEEL CENTERING COMPANY, Respondent, v. JOSEPH T. RICE et al., Copartners under the Firm Name of KING, RICE & GANEY, Appellants.

*Blaw Collapsible Steel C. Co. v. Rice*, 151 App. Div. 941, affirmed.
(Argued April 27, 1914; decided May 12, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 2, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract.

*Claude V. Pallister* and *Frank R. Greene* for appellants.

*Joseph M. Proskauer* and *Abram I. Elkus* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, CUDDEBACK and CARDOZO, JJ. Not sitting: MILLER, J.

---

WATSON WAGON COMPANY, Appellant, v. THE BOARD OF WATER COMMISSIONERS OF THE VILLAGE OF CANASTOTA et al., Respondents.

*Watson Wagon Co. v. Board of Water Comrs., Canastota*, 148 App. Div. 908, affirmed.
(Argued April 27, 1914; decided May 12, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 22, 1912, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action to restrain defendants

from shutting off plaintiff's supply of water for non-payment of a bill for water rent.

*Harry E. Newell* for appellant.

*Albert E. Campbell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, CUDDEBACK, MILLER and CARDOZO, JJ.

---

YONKERS-GARDEN CITY REALTY COMPANY, Appellant, *v.* JACKSON BROTHERS REALTY COMPANY, Respondent.

Reported below, 161 App. Div. 886.
(Submitted May 4, 1914; decided May 12, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 5, 1914, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to have canceled of record a certain mortgage and for an accounting.

The motion was made upon the ground that the exceptions were frivolous.

*John H. Corwin* for motion.

*John T. Delaney* opposed.

Motion denied, with ten dollars costs.

---

SHELLEY B. HUTCHINSON, Appellant, *v.* KATE M. SPERRY et al., as Executors of THOMAS A. SPERRY, Deceased, Respondents.

*Hutchinson* v. *Sperry*, 158 App. Div. 704, appeal dismissed.
(Submitted May 4, 1914; decided May 12, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1913, reversing an interlocutory judgment in favor of plaintiff entered